■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES BEYRAU, Appellant. (Appeal No. 1.) [985 NYS2d 775]—

Appeal from a judgment of the Wayne County Court (Dennis M. Kehoe, J.), rendered May 22, 2012. The judgment convicted defendant, upon his plea of guilty, of criminal possession of marihuana in the second degree and criminal possession of a weapon in the fourth degree (two counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Beyrau* (115 AD3d 1240 [2014]). Present—Scudder, P.J., Centra, Fahey, Peradotto and Whalen, JJ.